UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LILY PRODUCE INC.,
                       Plaintiff,

-v-

LIBERATO GROPCERY INC., *et al.*,
                       Defendant.

22-CV-4125 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court issued a final order and judgment in this case on December 22, 2022. (*See* Dkt. No. 30.) In light of the issuance of that final order and judgment, the Clerk of the Court is directed to close this case.

    SO ORDERED.

Dated: January 18, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge